UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JESSE RAMIREZ,

    Plaintiff,

v.                                               Case No. 5:18-cv-604-Oc-36PRL

FNU JARVIS, et al.,

    Defendants.
_____/

## ORDER

Before the Court are Plaintiff's Motions to Alter or Amend Judgment (Docs. 37, 39), filed under Rule 59(e), Fed.R.Civ.P., in which Plaintiff moves the Court to reconsider its September 10, 2020, Order granting Defendants' motion to dismiss for failure to exhaust administrative remedies (*see* Doc. 36). "The only grounds for granting [a Rule 59] motion are newly-discovered evidence or manifest errors of law or fact." *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) (quoting *In re Kellogg*, 197 F.3d 1116, 1119 (11th Cir. 1999)). Plaintiff has neither presented newly-discovered evidence nor demonstrated that the Court committed a manifest error of law or fact in granting Defendants' motion to dismiss. The Court, therefore, concludes that Plaintiff has failed to provide good cause for this Court to alter or amend the September 10, 2020, Order. *See Cover v. Wal-Mart*, 148 F.R.D. 294, 295 (M.D. Fla. 1993).

Accordingly, Plaintiff's Motions to Alter or Amend Judgment (Docs. 37, 39) are **DENIED**.

**DONE AND ORDERED** in Tampa, Florida on December 7, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to: *Pro Se* Plaintiff
    Counsel of Record